December 10th, 2025

To Whom It May Concern:

Recently William Steadman asked me to write a reference letter on his behalf, and I'm honored to do this. As the chaplain at Lemon Creek Correctional Center writing a reference letter is a privilege I don't take lightly. I feel it's imperative real positive change in a person needs to be demonstrated for all the right reasons.

I have known William for about 1.5 years and he is a regular attendee at Bible studies and Sunday services. In addition to him sharing his testimony with other inmates, William has also shared messages during Sunday services. God has done an amazing work in his heart and William is responding not only to God, but also to other inmates and demonstrating to them a right way to live.

When I have spoken with William multiple times one on one, he has shown heartfelt remorse and grief for the things he has done in the past. To be clear, this isn't the type of sorrow one has when he is caught or wants to achieve something, but rather it's the type of remorse of placing oneself in someone else's shoes – namely the people that have been hurt due to his actions. He has taken full responsibility for his actions, understands and accepts the consequences of his actions, and has the desire to make amends to others as God and time allows.

I wholeheartedly love William and I'm honored to call him my friend. I'm looking forward to watching him continue to grow spiritually and to work through the continuing challenges he has in a mature, respectful, and God-fearing way.

Thank you for taking time to read this letter and please reach out to me any time if you have any questions regarding William.

Respectfully,

David Spargo
Chaplain
Lemon Creek Correctional Center
2000 Lemon Creek Road
Juneau AK 99801
907-988-4355

I'M NOT SURE HOW TO START THIS, I'VE KNOWN WILL (STEADMAN) SINCE 2018. FROM WHAT I CAN SEE HE'S BEEN TRYING TO ACTUALLY CHANGE HIS LIFE AROUND AND ACTUALLY SUCCEEDING. EVEN IF IT HAS TAKEN HIM TO THIS POINT IN HIS LIFE TO FINALLY CHOOSE A DIFFERENT PATH FROM THE WAY HE WAS LIVING IN THE LAST FEW YEARS, I HOPE AND PRAY THAT HE CAN CONTINUE TO BETTER HIMSELF BECAUSE I KNOW DEEP DOWN HE IS A GOOD PERSON/FRIEND. I KNOW THAT HIS RECENT ACTIONS DON'T SHOW AS SUCH BUT I BELIEVE HE KNOWS THAT AS WELL. I FEEL LIKE IF HE COULD HAVE STARTED LIVING THE WAY HE IS NOW (FOR GOD) SOONER HE WOULD IN A HEART BEAT BUT THE LORD WORKS IN HIS OWN TIME/WAYS. ALL HE CAN DO IS IMPROVE HIMSELF EVERY DAY SO HE DOESN'T GO DOWN THAT ROAD EVER AGAIN WHICH AS SOMEONE WHO I CAN HONESTLY SAY IS A GOOD FRIEND OF MINE THAT HE WILL KEEP GOING FORWARD AND REPENTING. WHETHER I WAS GOING THROUGH GOOD TIMES OR BAD TIMES HE WAS ALWAYS THERE FOR ME SO I KNOW IF HE COMMITS TO SOMETHING, LIKE THE WAY HE HAS OUR FRIENDSHIP, AND KEEP LIVING FOR GOD AND NOT LIVE THE WAY HE HAS UP UNTIL THIS LAST YEAR, HE WILL BE SUCCESSFUL THROUGHOUT THE REST OF HIS LIFE HOWEVER HARD OR DIFFICULT IT MAY BE. I AM GLAD THAT HE DECIDED TO CHANGE EVEN IF WHEN THE WAY ANYONE WANTED OR WOULD WANT BECAUSE IF HE DIDN'T HE WOULD NOT BE HERE RIGHT NOW. HOPEFULLY ONE DAY HE CAN BE/REALIZE HE IS A BETTER PERSON THAN HE THINKS HE IS AS WELL AS WHAT OTHERS THINK OF HIM, AND THAT HE CAN SEE/BE THE PERSON HE IS IN MY EYES.

Jordan Smith

**Exhibit D-2**
**Page 2 of 14**

Your Honor

I am thankful to speak on the behalf of William Steadman, with a heavy heart yet hopeful for his future. Our lives often unfold in ways we cant predict or control. We set out with dreams, aspirations, and a clear path in mind, only to run into obstacles, good and bad obstructing our journey. This is where our character is forged during these trials and tribulations, and knowing William this is his life from a child to today. Seeing William and getting to know him at his low I have high hopes for him and believe he will be able to navigate lifes challenges with integrity, choosing the narrow path of righteousness. Still, we are aware his choices he makes are his own, and influenced by internal struggles as well as external pressures. William has gone done some wrong paths in life, as all of us have at some point, which reminds us that some people stay steadfast on the narrow road others stray. William is a brother in christ of mines and my love for him is unwavering. I believe in grace and mercy for him in this life, guiding back to the right path.

Your Honor, I ask humbly to consider compassion and understanding for William. I seen William at his lowest and I ask you to see past his transgressions and recognize the potential for redemption for William. May your decision be guided not by justice only but by belief in hope for future chances, and the capacity for growth.

   — Kjielle Brown - Brother in christ

Case 1:24-cr-00009-TMB-MMS  Document 79-2  Filed 06/10/26  Page 3 of 14

We are all good at living in sin and hiding it in the nooks and crannys of our lives. We all have those things we call secrets tucked away so neatly in our hearts even we forget about them. There have been events in each and every one of our lives, that we have hidden from the people we interact with each and everyday. Some form of deciet, immorality, unfairness, or just plain wickedness that would crumble our lives or reputation filling us with embarassment, shame, guilt or regret if exposed. Something that would make us tremble in fear WHEN Jesus comes around singing " This Little Light Of Mine, I'm Going To Let It Shine!"

When living in the sinful non-honest nature of our lives, there are 3 words that are very important to us. DONT GET CAUGHT. You can even say it becomes a mindset. Some of us spend a vast amount of time, energy, and planning keeping areas and behaviors in our lives secret from the people that surround us. We could be trying to hide an addiction to drugs, alcohol, gambling, pornography, or sex, or an activity like selling drugs or illegal goods, to being a gang banger and committing acts of violence and murder. Maybe its an behavior like being a theif or a cheat

Case 1:24-cr-00009-TMB-MMS    Document 79-2    Filed 06/10/26    Page 4 of 14

Someone Thats abusive, verbually, physically or Sexually. or Someone living in adultry, immorality, perversion, or devientcy. Whatever our Sins of choice was we became comfortable with it. Dwelling in it. Keeping it under the radar and in the darkness. Chances are Sneaking around doing it in The darkness. Maybe we hid and covered up our problems So well That we became detached To what we were doing was wrong.

In my opinion one of the most popular and powerful verses in The Bible is Jeremiah 29:11 because it establishes the intimate love and connection the Lord has for each and every one of us, So it Says " For I know the plans I have for YOU, Says the Lord, Plans for YOUR well-being, not for YOUR disaster; to give YOU a future and a hope."

The Lord does not want us hiding in the darkness dwelling in our sins. He does not want our hearts to be harden from our actions and not advancing in the plans He has for us. He wants To be the light of our lives, but how can we do this if we are in the darkness of our Sins. He Wants us to be Successful, fruitful, and Prosperous. Full of Love and Joy. What more could a Father want for his children.

Case 1:24-cr-00009-TMB-MMS   2   Document 79-2   Filed 06/10/26   Page 5 of 14

John 8:12 says: I am the light of the world and anyone who follows me will never walk in darkness, but will have the light of life. When we are in our darkness, we are dead To The Things That bring joy to God. Remember what life felt like before The Lord Shined his light on The Strongholds That was holding You back. The cold and bitterness, The feeling of being alone with no one There to help you. The paranoia and insanity of trying to manage through life. Without the Lord we were the walking dead in the living HELL. Now with The Lord Shining bright in our lives we get to life with The Holy Spirit dwelling within us and all The fruits of the Spirit. Love Joy Peace Patience Kindness Goodness Faithfulness gentleness and self-control. With such blessings we can live a life with integrity, No Fear or Extra Stress from The Secrets we hide within.

I believe The Lord Shines His light on our lives in 2 ways When Trying to warn us about our Sins. He does this both internally and externally. He does this internally by convicting our hearts before, during and after we have Sinned. He convicts us before we sin so we can turn away and avoid the situation While Temptation is at hand. When in the process of Sinning He convicts us giving us the option to Stop and repent for our actions

Case 1:24-cr-00009-TMB-MMS    Document 79-2    Filed 06/10/26    Page 6 of 14

return. After we have sinned He gives us our final notification to repent before completely turning us over to the desires of our sins and the consequences that will soon follow as it says in Romans chapter 1.

At times some of us were lucky enough to understand what the Lord was doing to us internally and we turned away from the sins we were committing But alot of us pushed that conviction aside to continue following the plan We had for our lives and not the plan God had. As we continue to rebel, in order for The Lord to fulfill the plan He Has for us He may have to change his tatic to an external approach. By doing so He organizes a way that the secrets and sins we are conscealing get exposed publically, Forcing us to take action but still giving us options on how we want to handle it. This could be our worst nightmare. The public shame and humiliation in itself can be enough to destroy us. All because we did not want to listen to the Lords correction.

John 3:19-20 reads: The light of God has come into the world but the people loved darkness more than the light because they want the dark to conseal their evil. So the Wicked (who does Evil) Hate the light,

and try to hide from it, for the light fully exposes their lives.

For a moment really think about a time when something you tried hiding got exposed and brought to the light. At the time we may not ~~having~~ have been following the Lord, but now dont you think This was the Lord trying to get your attention to make a change. Now think about all the pre-warnings The Lord gave you before exposing you. Forcing you to deal with your problems. Being in denial and living in the dark gives Strength to our Strongholds and keep us in bondage. If you are unwilling to look you cant fix what cant be seen.

Acts 26:18 says "And **I WILL** open their eyes to their true condition so they may turn from darkness to the light, and from the power of Satan to the power of God. By placing their faith in me they will receive the total forgiveness of their sins and be made holy, taking hold of the inheritance that i give to my children. The Lord is a man of his word and he made a promise that He Will open your eyes to turn you from darkness to light by revealing through his light your True condition. Where are you at W~~hen the~~

Exhibit D-2
Page 8 of 14

Case 1:24-cr-00009-TMB-MMS   Document 79-2   Filed 06/10/26   Page 8 of 14

the Lord right now and what have you done with the convictions he has placed on your heart Are you addressing it. have you brought your sins forth to God. Repenting for all your short-comings Or are you pushing Him away still living in darkness dwelling in Sin and death. The Lord Loves you and he doesn't intend for his correction to hurt you. He doesn't want you to suffer the consequences of your Sins. He wants to fulfill the plan He has for you Sometimes we Just need a little light.

**Exhibit D-2**
**Page 9 of 14**

First i have to apologize To God for my actions That caused him to Shine his light upon my life. And until i can, through God i want To apologize To The person and family involved in my Situation. I caused Seperation, anger, grief, embarrassment, and Uncertainty To a loving family That Took me in when i was struggling. Nothing i say can take back The hurt that ive caused. Only Through my actions and my walk with God can deliver The apology They deserve.

I was far from God when he shined his light in the darkness of my life. I was struggling With multiple forms of sexual sin and i was addicted to drugs and alcohol. My life was a complete wreck. I had multiple failed suicide attempts and had another one planned the day i got arrested. I had a Secret, A very large Secret that would destroy my life even more than what it already was. Little did i know that day would fulfill The first half of Proverbs 10:24" What the Wicked dreads will come to him".

I was caught and exposed. The Secret Was out. All i could think about was the mass amount of pain it was going to cause The People

involved and ~~mysteriously~~ The effect it was going to have on my victims life. This was not what i wanted. When i found out how much time i could be facing i instantly decided to go with an exit plan. Little did i know God was going to speak to me while i was hanging from a locker on September 18th 2024 at around 6:45pm.

As i was hanging there i heard a voice saying either youre going to stop this or i will. I knew i was minutes away from not dealing with any of this and my lights went out. I woke up on the floor with the makeshift rope snaped as if it was cut around the neck. I remember crying out "Why wont you let me die" and from there that same voice instructed me to Go to The gym at movement. At 7:30pm I started walking to The gym and before The gym is the church. Right as i reached The church a force told me To Stop. As i stopped my Friend Sean who was The chapel asst. Exited and said "I need To pray for you. Lets pray". That was The day i heard Gods call and come to christ. At The Lowest moment of my

8

Exhibit D-2
Page 11 of 14
Case 1:24-cr-00009-TMB-MMS    Document 79-2    Filed 06/10/26    Page 11 of 14

life God chose me. From that day i have been on a walk with Christ I can not explain. He has guided me to places like T.L.C which allowed me To learn Him and his Love for us. That program allowed me To dig deep in myself Showing me The root of my problems and bringing them to God. I learned the importance of forgiveness and How i needed To forgive The people who Sexually abused me as a child. As i learned The Lord Started convicting me. Showing me my wrong doings and all my Sins. The Lord Showed me his Love when i repent For The Sins of my life. I Learned i needed To die To be reborn in Christ. All This Time i thought i wanted to die physically. But i needed To die Spiritually because The Spirit i was Living with was not of God. I may Share the Same flesh as the person that committed these offenses but i am no longer That person Spiritually. My focus is Gods word and Sharing the message of his Goodness and Glory. He Saved me. A terrible Sinner. Little did i know God had a plan for my Life Still. The more i build my relationship With him the more he Shows me. The more i learn the more he is going to use me for The Good. I believe God is going to Take

What happened in my childhood, all The problems
i went Through as a Teenager and all The bad
decisions i made as an adult and use Them
To help better people because he has given
me victory over The Strong holds in my life.
This is The most ~~hurt~~ hurt ive ever
caused anyone in my life combined and i
am Truely Sorry for it. I do not and will
not Take what i did lightly and everyday I
pray to God To heal The effects of my actions.
I Dedicated Proverbs 16:7 To be my
life verse. "When a mans ways pleases
the Lord, Even his enemies will be at Peace
with him.

    I want This more than anything in
life and i promise nothing is Going to
Stop me from acheiving it.

Thank You Lord Your light Saved my life,
Ended my life, Resurrected my life to
Share your life. For The first Time ever
i feel free. ~~Amen~~

Because of the victory over The darkness in my life i like To personalize Ephesians 5:8-10 " Once my life was full of Sin's darkness, but now i have the very light of our Lord Shining through me because of my union with him. My mission is To Live as his child flooded with his revelation-light. And The Supernatural fruits of his light will be Seen in me. Goodness, righteousness and Truth. Then i have Learned To choose what is beautiful to our Lord.

**Exhibit D-2**
**Page 14 of 14**